429 A.2d 102

Commonwealth v. Gillespie, Appellant.

Petition for Allowance of Appeal Denied April 10, 1981.

Submitted April 16, 1980. Joseph M. Gula, for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.